# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

LAUREN KNIGHT,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No.: 1:19-cv-00452-SAB

ORDER RE STIPULATION FOR AN EXTENSION OF TIME

(ECF No. 14)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The Commissioner shall serve his confidential letter brief on or before December 30, 2019.
2. Any stipulation to remand the case shall be filed on or before January 15, 2020;
3. Plaintiff's opening brief shall be filed on or before February 15, 2020;
4. The Commissioner's responsive brief shall be filed on or before March 15, 2020; and
5. Plaintiff may file a reply brief on or before April 1, 2020.

IT IS SO ORDERED.

Dated: **November 27, 2019**

UNITED STATES MAGISTRATE JUDGE

1