# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

LAUREN KNIGHT,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No.: 1:19-cv-00452-SAB

ORDER GRANTING DEFENDANT'S UNOPPOSED REQUEST FOR EXTENSION OF TIME

(ECF No. 18)

On March 18, 2020, the Commissioner of Social Security ("Defendant") filed an unopposed request for an extension of time to file an opposition to Lauren Knight's ("Plaintiff") opening brief. The Court finds good cause exists to grant the unopposed request.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's unopposed request for an extension of time to file an opposition to Plaintiff's opening brief is GRANTED;
2. Defendant's opposition shall be filed on or before April 20, 2020; and
3. Plaintiff's reply, if any, shall be filed on or before May 5, 2020.

IT IS SO ORDERED.

Dated: **March 19, 2020**

UNITED STATES MAGISTRATE JUDGE

1